

FILED
2018 MAY 16 PM 12: 13

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Antonio VELAZCO-Hernandez,<br><br>Defendant. | Case No. **'18 MJ8759**<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1325<br>Illegal Entry (Misdemeanor) |

The undersigned complainant being duly sworn states:

On or about May 16, 2018 within the Southern District of California, defendant, Antonio VELAZCO-Hernandez, an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers, eluding examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
ROBERT REYES
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF MAY, 2018.

_____
HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Antonio VELAZCO-Hernandez

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) R. Moyron that defendant, Antonio VELAZCO-Hernandez (VELAZCO) entered the United States and was arrested on May 16, 2018, in Calexico, California.

On May 16, 2018, BPA R. Sandoval was conducting linewatch duties approximately one half mile east of the Calexico, California West Port of Entry. This area consists of the city of Calexico, California which consists of residential and commercial buildings. Aliens frequently use this area to illegally enter into the United States in an attempt to blend in with local populace.

At approximately 04:11 a.m., BPA Sandoval encountered VELAZCO, approximately 15 yards north of the international boundary. BPA Sandoval identified himself as a BPA and questioned VELAZCO as to his citizenship. VELAZCO admitted he crossed the U.S. / Mexico International Boundary. BPA Sandoval ascertained VELAZCO is a citizen of Mexico without the proper documentation to enter, work, or reside in the United States legally. BPA Sandoval then placed VELAZCO under arrest.

Record checks revealed VELAZCO was ordered removed by a designated official from the United States to Mexico on December 03, 2017. VELAZCO was most recently removed from the United States to Mexico on January 22, 2018 through San Luis, Arizona.

1  There is no evidence showing VELAZCO has applied for and sought or received
2  permission from the United States Attorney General or the Secretary of the Department of
3  Homeland Security to enter the United States after being previously removed.